No. 936. HARRY H. WEISS, COLLECTOR OF INTERNAL REVENUE, *v.* JOHN G. WHITE. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. John C. Hayes* for petitioner. *Mr. John G. White, Mr. A. V. Cannon* and *Mr. W. H. Annat* for respondent.

No. 953. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* O. J. NICHOLS. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Edgar W. Camp, Mr. Robert O. Brennan, Mr. Gardiner Lathrop* and *Mr. Paul Burks* for petitioner. *Mr. Lyndol L. Young* for respondent.

No. 984. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA *v.* SOUTHERN PACIFIC COMPANY ET AL;
No. 985. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY; and
No. 986. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA *v.* LOS ANGELES & SALT LAKE RAILROAD COMPANY. April 23, 1923. Petition for writs of certiorari to the Supreme Court of the State of California granted. *Mr. Hugh Gordon* for petitioner. *Mr. C. W. Durbrow, Mr. E. W. Camp, Mr. A. S. Halsted* and *Mr. Charles H. Bates* for respondents.

No. 998. JACOB GOLDMAN, RECEIVER, *v.* FRANK M. MC-KEY, TRUSTEE. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Lewis F. Jacobson* for petitioner. *Mr. Frederick D. Silber* and *Mr. Clarence J. Silber* for respondent.